UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kamilah Samuels,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Comenity Bank, Experian Information Solutions, Inc. and Trans Union, LLC,<br><br>　　　　　　Defendants. | Case No: 3:24-cv-01065<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i) AS TO TRANS UNION, LLC** |

　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed without prejudice against Defendant Trans Union, LLC only, with each party to bear its respective attorney's fees and costs.

　　Defendant Trans Union, LLC has not served an answer or dispositive motion in this action.

Dated: September 16, 2024

　　　　　　　　　　　　　　　　　　　　**SANDERS LAW GROUP**

　　　　　　　　　　　　　　　　　　　　By: ___/s/ Craig B. Sanders___
　　　　　　　　　　　　　　　　　　　　Craig B. Sanders, Esq.
　　　　　　　　　　　　　　　　　　　　333 Earle Ovington Blvd, Suite 402
　　　　　　　　　　　　　　　　　　　　Uniondale, NY 11553
　　　　　　　　　　　　　　　　　　　　Tel: (516) 203-7600
　　　　　　　　　　　　　　　　　　　　Email: csanders@sanderslaw.group
　　　　　　　　　　　　　　　　　　　　File No.: 130023
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*