UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kamilah Samuels,<br><br>   Plaintiff,<br><br>  v.<br><br>Comenity Bank, Experian Information Solutions, Inc. and Trans Union, LLC,<br><br>   Defendants. | Case No: 3:24-cv-01065<br><br>**<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i) AS TO EXPERIAN INFORMATION SOLUTIONS, INC.</u>** |

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice against Defendant Experian Information Solutions, Inc., with each party to bear its respective attorney's fees and costs.

  Defendant Experian Information Solutions, Inc. has not served an answer or dispositive motion in this action.

Dated: September 26, 2024

**SANDERS LAW GROUP**

By:  */s/ Craig B. Sanders*
Craig B. Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 130023
*Attorneys for Plaintiff*